IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

UNITED STATES OF AMERICA

VS

CR NO. 6:24CR737(3)

WALTER DUSSAN CARDONA

## PLEA

The defendant, **WALTER DUSSAN CARDONA**, having withdrawn his plea of Not Guilty, pleads **GUILTY** to Count 1 of the Second Superseding Indictment after arraignment in open court.

_____
(Signed) Defendant

Anderson, South Carolina
Date: 4/30/25