**UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,* | ) | |
| | ) | |
| | ) | |
| vs. | ) | No. 6-24-cr-00737-TMC |
| | ) | |
| WALTER DUSSAN CARDONA,<br>*Defendant.* | ) | |
| | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

Comes now Defendant Walter Dussan Cardona and would respectfully show the Court as follows:

1. The draft PSR was served on September 23, 2025; therefore, objections are due on October 7, 2025.

2. Because the defendant does not speak English, undersigned has had to translate the PSR into Spanish, which has delayed meeting with the defendant to discuss potential objections and corrections.

3. Undersigned counsel will be travelling this week out of state from Wednesday to Friday.

4. Undersigned counsel would request an additional 14 days, to and including October 21, 2025, in which to respond to the draft PSR.

5. AUSA Schoen does not object to the request for time.

6. UPSO Smith defers to the Government's position.

1

Dated: September 29, 2025

Respectfully submitted,

WALTER DUSSAN CARDONA

s/Howard W. Anderson III
Howard W. Anderson III
D.S.C. Bar #11456

TRULUCK THOMASON LLC
3 Boyce Ave
Greenville, SC 29601
864-331-1751
howard@truluckthomason.com

**CERTIFICATE OF SERVICE**

I, Howard W. Anderson III, certify that I filed a copy of the foregoing paper using the Court's CM/ECF system, which will deliver a copy to all counsel of record except for the following, whom I have this day served by U.S. Mail:

n/a

s/Howard W. Anderson III
Howard W. Anderson III
D.S.C. Bar #11456
